THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DALLIN HAWKINS,<br><br>            Plaintiff,<br><br>v.<br><br>SALT LAKE CNTY. JAIL et al.,<br><br>            Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:19-CV-491 DAK<br><br>District Judge Dale A. Kimball |

      Plaintiff, Dallin Hawkins, filed a prisoner civil-rights complaint, under 42 U.S.C.S. § 1983 (2022). He has since filed a motion to voluntarily dismiss his complaint without prejudice. (ECF No. 58.) Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the plaintiff's request."

      IT IS ORDERED that Plaintiff's motion to dismiss his complaint without prejudice is GRANTED. (ECF No. 58.) This action is CLOSED.

      DATED this 23rd day of August, 2022.

                                BY THE COURT:

                                JUDGE DALE A. KIMBALL<br>
                                United States District Court